COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-333-CV

JOHN CHRISTIAN APPELLANT

V.

WERATICH INVESTMENTS, INC. APPELLEE

----------

FROM THE 271
ST
 DISTRICT COURT OF WISE COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

         DELIVERED: February 26, 2004  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.